Crowe, Yates, Abrahamson & Fisk, for appellant; Burt A. Crowe, of counsel; Mages & Sachs, for appellees; Jack L. Sachs, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed May 3, 1954; rehearing denied May 26, 1954; released for publication May 27, 1954.

## Agnes Wisla, Appellee, v. Edward F. Fry, Appellant.

## Gen. No. 46,152. (Abstract of Decision.)

Hinshaw, Culbertson, Moelmann & Hoban, for appellant; Oswell G. Treadway, of counsel; Heineke & Conklin, for appellee; William H. Schrader, and Richard G. French, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed May 3, 1954; rehearing denied May 26, 1954; released for publication May 27, 1954.